IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| ISIS JONES, ) | |
| ) | |
| *On Behalf of Herself and All Other* ) | |
| *Similarly Situated individuals* ) | |
| ) | Case No. 3:23-cv-01327-MAB |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MISS KITTY'S, INC. ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S STATUS REPORT

Miss Kitty's ("Defendant"), through undersigned counsel, provides notice to the Court regarding the status of this case states as follows:

1. On July 2, 2024, the Court ordered, *inter alia*:

Counsel for Defendant is DIRECTED to confer with his client to determine what information is available for the class members (e.g. phone numbers, addresses, e-mail addresses, etc.) and file status report with the Court on or before July 16, 2024. Upon receipt of the status report, the Court will either schedule an additional status conference with the parties or order the production of this information to the Plaintiff by a date certain as well as directions for class notice.
(Docket Text, 7/2/24)

2. Defendant has produced to Plaintiff eight names, phone numbers, and identification cards in compliance with the Court Order.

Dated: July 19, 2024

_____
Mark S. Peebles #06225823
111 West Washington Street
Belleville, Illinois 62220
Phone: 618-235-8301
Fax: 618-235-8673
peebleslaw@outlook.com