IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ISIS JONES | * |
| | * |
| *On Behalf of Herself and* | * |
| *Others Similarly Situated* | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | *   Case No. 3:23-cv-1327-MAB |
| | * |
| MISS KITTY'S, INC. | * |
| | * |
| DEFENDANT. | * |

*****************************************************************************

## PLAINTIFF'S MOTION FOR SANCTIONS

Plaintiff Isis Jones ("Plaintiff"), through counsel, submits her Motion for Sanctions. By the submission of her Motion, Plaintiff requests this Court sanction Defendant Miss Kitty's Inc. ("Defendant") for its spoliation of critical and material evidence necessary for Plaintiff to prove Defendant's class-wide liability and substantiate and quantify class-wide damages.

For good cause identified and supported in Plaintiff's accompanying Memorandum, pursuant to this Court's own inherent power, the clear and convincing evidence demands this Court's imposition of the heaviest available sanction against Defendant in the form of default. *See, e.g., REP MCR Realty, L.L.C. v. Lynch*, 363 F. Supp. 2d 984, 998 (N.D. Ill. 2005), *aff'd,* 200 F. App'x 592 (7th Cir. 2006).

WHEREFORE, for good cause shown, and pursuant to this Court's own inherent power, Plaintiff requests this Honorable Court sanction Defendant in the form of an Order of Default against Defendant and in favor of Plaintiff and the Class Members.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | ATHENA HERMAN LAW, LLC |
| Dated: August 12, 2024 | /s/ *Athena M. Herman*_____<br>Athena M. Herman, Esq., ARDC No. 6243625<br>416 Main St, Suite 811<br>Peoria, Illinois 61602<br>Telephone: (309) 966-0248<br>Email: athena@athenahermanlaw.com |
|  | ZIPIN, AMSTER & GREENBERG, LLC |
|  | __/s/ *Gregg C. Greenberg*_____<br>Gregg C. Greenberg, MD Fed Bar No. 17291<br>(Admitted *Pro Hac Vice*)<br>8757 Georgia Avenue, Suite 400<br>Silver Spring, Maryland 20910<br>Telephone: (301) 587-9373<br>Fax: (240) 839-9142<br>Email: ggreenberg@zagfirm.com |
|  | *Counsel for Plaintiff and the Class* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of August 2024, a true and correct copy of Plaintiff's Motion for Sanctions, Plaintiff's Memorandum in Support, all Exhibits attached thereto, and Plaintiff's Proposed Order was served electronically by and through this Court's ECF System on all counsel of record.

__/s/ *Gregg C. Greenberg*_____
Gregg C. Greenberg

2