Summer



Kimberly Blue









"Scarlet" ♡

Macy

↳ Atlanta Number








Christina Saur
Katans

