# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN STRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

| | |
|---|---|
| ISIS JONES ) | |
| ) | |
| *On Behalf of Herself and All Other* ) | |
| *Similarly Situated Individuals* ) | |
| ) | Case No. 3:23-cv-01327-MAB |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| MISS KITTY'S, INC. ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This Court, having considered Plaintiff's Motion for Partial Summary Judgment, Defendant's Opposition thereto, any Reply submitted by Plaintiff, and any hearing thereon, and for good cause found, hereby ORDERS that Plaintiff's Motion be, and the same hereby is, GRANTED; and it is further:

ORDERED, that Summary Judgment be, and the same hereby is, entered against Defendant, through which this Court finds Defendant liable to Plaintiff and each member of the Court Certified IMWL Class for back wages at the "free and clear" Illinois Minimum Wage Rate for each hour worked as an exotic dancer within Defendant's Miss Kitty's Gentlemen's Club during the period April 2020, through the date of judgment in this case, in an amount to be determined at trial, plus treble damages, and interest at the IMWL statutory rate; and it is further

ORDERED, that Summary Judgment be, and the same hereby is, entered against Defendant, through which this Court finds Defendant liable to Plaintiff and each member of the Court Certified IWPCA Class for all unreimbursed "stage rental fees" deducted by Defendant during the period April 2013, through the date of judgment, in an amount to be determined at trial, plus interest at the IWPCA statutory rate.

_____        _____
Date                                                              Judge, United States District Court
                                                                         For the Southern District of Illinois