IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| ISIS JONES, | ) |
| | ) |
| *On Behalf of Herself and All Other* | ) |
| *Similarly Situated individuals* | ) |
| | )  Case No. 3:23-cv-01327-MAB |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MISS KITTY'S, INC. | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Miss Kitty's ("Defendant"), through undersigned counsel, herein responds to Plaintiff's Motion for Partial Summary Judgement, and states as follows:

1. The genuine issue of material fact which remains for the Court to decide in this matter is whether the Plaintiff Isis Jones and the other similarly situated individuals in this matter are employees or independent contractors. The Defendant has maintained and continues to maintain that the Plaintiff and the similarly situated individuals are independent contractors. The dancers participate in the same program at Defendant's club as they do in each of the clubs located in close proximity to Miss Kitty's, Inc. The club provides a stage and an enclosed area for use by the independent contractor dancers. The dancers pay a stage rental fee in exchange for using the dance floor and facilities. Each independent contractor retains any funds they acquire from patrons of the establishment. The dancers are not hired and they are not in any way supervised or controlled by employees of Miss Kitty's. The dancers pay a stage rental fee and

are expected to retain all tips or remuneration they receive from patrons. They in no way are treated as or act like employees of Miss Kitty's, Inc.

s/Mark S. Peebles/s
Mark S. Peebles #06225823
Peebles & Associates, LLC
111 West Washington Street
Belleville, Illinois 62220
Phone: 618-235-8301
Fax: 618-235-8673
peebleslaw@outlook.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of January 2025, a true and correct copy of defendant's Response to Plaintiff's Motion for Partial Summary Judgment, all exhibits thereto and Defendant's Proposed Order was served electronically, by and through the Court's ECF System, on all counsel of record.

/s/ Mark S.Peebles

Mark S. Peebles